IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 2 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES B. GOODMAN,

   Plaintiff,

v.

INFINEON TECHNOLOGIES NORTH AMERICA CORP.,

   Defendant.

No. C 04-2983 MHP

**ORDER OF DISMISSAL**

   The parties hereto, by their counsel, having advised the Court that they agree to a settlement of this cause,

   IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: May 24, 2005

_____
United States District Judge